# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| TAMMI L. GAGNON, | ) |
| | ) |
|           PLAINTIFF | ) |
| | ) |
| v. | ) |
| | )   CIVIL NO. 1:15-CV-273-DBH |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) |
| | ) |
|           DEFENDANT | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On January 13, 2016, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on February 1, 2016, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **VACATED** and the case **REMANDED** for further proceedings consistent herewith.

SO ORDERED.

DATED THIS 2ND DAY OF FEBRUARY, 2016

                                                    /S/D. BROCK HORNBY
                                                    **D. BROCK HORNBY**
                                                    **UNITED STATES DISTRICT JUDGE**